UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                  CASE NO.  06-60339-CR-DIMITROULEAS
          Plaintiff,

VS.

GIOVANNI MUNROE
          Defendant.

## ORDER

THIS CAUSE having been heard before the Court on June 27, 2008 upon the

Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b).  Upon

consideration of the government's motion and being duly advised , it is

ORDERED AND ADJUDGED that the aforementioned motion be and the

same is hereby GRANTED.

The sentence of 30 months imprisonment previously imposed is reduced to 24

Months.  All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County,

Florida, this ___27___ day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Alex Soto , AUSA
Curt Obront, Esq.
U.S. Probation Office
U. S. Marshal (3 certified copies)